Filed 5/4/21  P. v. Gil CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ISAAC GIL,<br><br>    Defendant and Appellant. | 2d Crim. No. B308912<br>(Super. Ct. No. 2010043790)<br>(Ventura County) |

In 2012, appellant Isaac Gil was convicted of street terrorism (Pen. Code, § 186.22, subd. (a)) and murder (*id*., § 187, subd. (a)) with use of a deadly weapon (*id*., § 12022, subd. (b)(1)). The trial court sentenced him to 15 years to life in prison, enhanced by one year for the weapon use and a consecutive three-years for the street terrorism charged.  The court also ordered appellant to pay a statutory restitution fine of $10,000 (*id*., § 1202.4, subd. (b)) and victim restitution of $3,065.57 (*ibid.*, subd. (f)).

Appellant filed a postconviction motion under Penal Code 1170 to modify his sentence by eliminating or reducing the two restitution orders.  Citing *People v. Dueñas* (2019) 30 Cal.App.5th 1157, appellant argued that imposition of the orders violated his constitutional due process rights because he lacks ability to pay them.

We appointed counsel to represent appellant in this appeal.  After an examination of the record, counsel filed an opening brief that raises no arguable issues.  We advised appellant he had 30 days within which to personally submit any contentions or issues that he wished us to consider.  The 30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

Because this appeal is from an order denying postconviction relief rather than the first appeal of right from a criminal conviction, appellant is not entitled to our independent review pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501; *People v. Cole* (2020) 52 Cal.App.5th 1023, review granted Oct. 14, 2020, S264278.)

The appeal is dismissed.


PERREN, J.

We concur:



GILBERT, P.J.          YEGAN, J.

2

David Hirsch, Judge
Superior Court County of Ventura
_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.